NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ANTHONY PISZEL,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2015-5100

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00691-LKG, Judge Lydia Kay Griggsby.

**ON PETITION FOR REHEARING EN BANC**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, SCHALL*, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellant Anthony Piszel filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Appellee United States. The

---
\* Circuit Judge Schall participated only in the decision on the petition for panel rehearing.

petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is denied.

(2) The petition for rehearing en banc is denied.

The mandate of the court will issue on February 15, 2017.

FOR THE COURT

February 8, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court